■ BENJAMIN KOENIG, Appellant, v. E. R. A. ASSOCIATES, INC., Respondent.— In this action to recover damages for fraud, plaintiff appeals from an order of the Supreme Court, Kings County, dated June 20, 1969, which granted defendant's motion for a final order of preclusion and denied plaintiff's cross motion to strike defendant's answer. Order modified to the extent of: (1) reinstating plaintiff's responses to Items 1, 2, 3, 6, 8 and 10 in the demand for a bill of particulars, and (2) affording plaintiff 20 days from the date of service upon him of our order, with notice of entry, within which to file a supplemental bill of particulars as to Items 4, 5, 7 and 9 of the demand. If an appropriate supplemental bill as to these four items is not served within that period, the absolute order of preclusion as to these four items will remain intact. As so modified, order affirmed, with $10 costs and disbursements. In our view, the reinstated particulars are sufficiently definite to apprise defendant of the nature of plaintiff's claims and are adequate properly to limit the scope of the complaint (cf. *Hencken* v. *Edelman*, 19 A D 2d 821). As to the responses to the remaining items in the demand, it appears from the record that plaintiff was not afforded an opportunity to serve a supplemental bill prior to the issuance of the *absolute* order of preclusion. In the interests of justice, plaintiff should be afforded such opportunity. Christ, P. J., Rabin, Hopkins, Martuscello and Brennan, JJ., concur.

■ FAIRIES LONDON et al., Plaintiffs, v. GILBERT MOORE et al., Defendants. (Action No. 1.) CAROL R. MOORE et al., Respondents, v. FAIRIES LONDON, Appellant. (Action No. 2.) — In consolidated actions to recover damages for injury to person and property, and for loss of services, etc., defendant in Action No. 2 (who is one of the plaintiffs in Action No. 1) appeals from an order of the Supreme Court, Queens County, dated September 24, 1969, which, *inter alia*, granted the renewed motion of plaintiffs in Action No. 2, to remove the actions from Civil Court of the City of New York, Queens County, to the Supreme Court, Queens County, and to amend their bill of particulars and the *ad damnum* clause of their complaint. Order reversed, without costs, and renewed motion denied. The motion papers are deficient in that they do not contain a proper showing by a doctor's affidavit of a consistent course of treatment for the accident-caused injuries as required by our decision, dated April 14, 1969, which reversed a prior order granting a motion identical to the one herein without prejudice to renewal upon sufficient motion papers (*London* v. *Moore,* 32 A D 2d 543). Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.